SUSIE KALNA, Appellant, *v.* NEWARK FIRE INSURANCE COMPANY et al., Respondents.

SUSIE KALNA, Appellant, *v.* NEW YORK CO-OPERATIVE UNDERWRITERS et al., Respondents.

Submitted January 12, 1942; decided January 15, 1942.

*Morris Simon* for motion.

*Jeremiah W. Davern* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the appellant serves and files an undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.